UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW CLARK, *et al.*, | CASE NO. C19-0076-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LAZ PARKING NORTHWEST, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to respond to Plaintiffs' complaint (Dkt. No. 6). The motion is GRANTED. Defendant shall respond to Plaintiffs' complaint by March 4, 2019.

DATED this 28th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
