# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MATTHEW CLARK and RHONDA BROWN, | CASE NO. C19-0076-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LAZ PARKING NORTHWEST, LLC, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a stay (Dkt. No. 17) and Plaintiffs' status report (Dkt. No. 18). The Court herby STAYS the case until January 10, 2020.

DATED this 23rd day of December 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk